UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**EMMANUEL D. TIAH**,

Plaintiff,

v.

**ICE, CHRISTOPHER A. CAMPBELL, DHS**,

Defendants.

Case No. 24-CV-3715 (SRN/DTS)

**ORDER**

---

Emmanuel D. Tiah, Kandiyohi County Jail, 2201 23rd Street NE, Willmar, MN 56201

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 26, 2024 (Docket No. 3). No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Schultz (Docket No. 3) is **ADOPTED**; and

2. Defendant's Application to Proceed in District Court without Prepaying Fees or Costs (Docket No. 2), is **DENIED AS MOOT.**

BY THE COURT:

Dated: Thursday, January 2, 2025

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge